NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NICHOLE MEDICAL EQUIPMENT & SUPPLY, INC.,**
*Plaintiff,*

AND

**DOMINIC ROTELLA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Apellee.*

---

2013-5101

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0364, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

2                    NICHOLE MEDICAL EQUIPMENT v. US

Dominic Rotella moves for leave to proceed in forma pauperis. Nichole Medical Equipment & Supply, Inc. has not responded to the court's November 19, 2013 order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   Rotella's motion for leave to proceed in forma pauperis is granted.

(2)   The case will proceed only as to the pro se appellant. The revised official caption is reflected above. A copy of this order shall be transmitted to the merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21